WALTER J. DWYER *vs.* PHILIP G. FERREN & others.

Suffolk.    March 12, 1926. — March 18, 1926.

Present: RUGG, C.J., BRALEY, CROSBY, PIERCE, & WAIT, JJ.

*Probate Court,* Jury issues.

Upon the record, a denial by a judge of probate of a motion, by one contesting the allowance of a will, for jury issues was *held* to show no error of law.

PETITION, filed in the Probate Court for the county of Suffolk on November 3, 1925, for the proof of the will of Thomas W. Kelley, late of Boston.

The respondents moved that issues be framed for trial by jury. The motions were heard by *Dolan,* J., upon oral statements by counsel of expected evidence, a stenographer having been appointed under G. L. c. 215, § 18, to take

the evidence. The motions were denied. The respondents appealed.

*J. F. Meagher*, for the respondents.

*J. H. Vahey*, (*P. Mansfield* with him,) for the petitioner.

BY THE COURT. The statement of expected evidence, which need not be narrated, shows that there was no error of law by the Probate Court in denying motions to frame issues to be tried to a jury respecting the will offered for proof. *Fuller* v. *Sylvia*, 240 Mass. 49. *Clark* v. *McNeil*, 246 Mass. 250. *Old Colony Trust Co.* v. *Spaulding*, 250 Mass. 400.

*Order denying motions to frame*
*jury issues affirmed.*